UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.   05-44955-H3-7 |
| PET CARE, INC. | Chapter 7 |
| Debtor(s). | APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a) |

The undersigned trustee reports:

___   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   09/03/09                                           /s/ Ronald J. Sommers
                                                                      Ronald J. Sommers
                                                                      2800 POST OAK BLVD 61st Floor
                                                                      Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas   77002 via electronic transmission (ECF), on this 3RD   day of  September, 2009.

                                                                        / Ronald J. Sommers
                                                                      Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

_ _        Small Dividends

 XX         Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| SIGNS AND MORE<br>2602 FM 1960 WEST, SUITE 111<br>HOUSTON, TX 77068 | 6 | 948.87 |
| ANTEK DIAGNOSTICS<br>17672 A COWAN AVE, SUITE 200<br>IRVINE, CA 92615 | 4 | 647.57 |
|  |  |  |
| **TOTAL:** |  | **$1,596.44** |